UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HAROLD KENNETH HARING,

        Petitioner,

v.                                  Case No. 5:05-cv-263-Oc-10GRJ

UNITED STATES OF AMERICA,

        Respondent.

**ORDER OF DISMISSAL**

This case is before the Court upon the filing of a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The Petitioner is a federal prisoner at the Coleman Federal Correctional Complex, challenging a conviction and sentence imposed in the United States District Court for the Northern District of Florida. Because Petitioner is incarcerated within the geographical jurisdiction of the Ocala Division of the Middle District of Florida, venue is appropriate in this Court for purposes of a petition under § 2241.[1]

However, a review of the Petition reflects that the Petitioner seeks to present an Apprendi - Blakely - Booker claim that has already been denied by his sentencing court under 28 U.S.C. § 2255 and he makes no effort to fulfill the requirements of the savings clause of that statute. In addition, it is the law of this circuit that Booker is

---

[1] See Local Rule 1.02(c). Petitioner previously sought relief under § 2241 in the Tampa Division of this Court; that Petition was dismissed. Petitioner has asked this Court to clarify in which court a § 2241 Petition should be filed.

not retroactively applicable to cases pending on collateral review.[2] Accordingly, the Petition is **DISMISSED with prejudice** and the Clerk is directed to enter judgment and close this close.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 13th day of July 2005.

_____
UNITED STATES DISTRICT JUDGE

c: Harold Kenneth Haring

---

[2] See Varela v. United States, 400 F.3d 864 (11th Cir. 2005).